| AO 10<br>Rev. 1/2018 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2018 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Bush, John K. | 2. Court or Organization<br><br>6th Circuit | 3. Date of Report<br><br>09/09/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Circuit Judge, Active Status | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2018<br>to<br>12/31/2018 |
| 7. Chambers or Office Address<br><br>208 Gene Snyder U.S. Courthouse<br>601 W. Broadway<br>Louisville, KY 40202 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bush, John K. | 09/09/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | Landrum & Shouse LLP |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federalist Society | 01/11/18 | Louisville, KY | Speaker | food |
| 2. | Federal Judicial Center | 02/05/18 - 02/09/18 | Ft. Worth, TX | Attend Seminar | transportation, lodging, food |
| 3. | Federal Judicial Center | 03/27/18 - 03/29/18 | Washington, DC | Attend Seminar | transportation, lodging, food |
| 4. | Federalist Society | 04/18/18 - 04/21/18 | Palo Alto, CA | Speaker | transportation, lodging, food |
| 5. | James Wilson Institute | 04/27/18 - 04/28/18 | Washington, DC | Attend Seminar | transportation, lodging, food |
| 6. | Law & Economics Center, Antonin Scalia Law School | 05/04/18 - 05/08/18 | Amelia Island, FL | Attend Seminar | transportation, lodging, food |

| Name of Person Reporting | Date of Report |
|---|---|
| Bush, John K. | 09/09/2019 |

| | | | | |
|---|---|---|---|---|
| 7. | Institute of Judicial Administration, NYU Law School | 07/15/18 - 07/20/18 | New York, NY | Attend Seminar | transportation, lodging, food |
| 8. | Federalist Society | 09/03/18 -09/06/18 | Bachelor's Gulch, CO | Attend Seminar | transportation, lodging, food |
| 9. | Federalist Society | 09/19/18 - 09/20/18 | Memphis, TN | Speaker | transportation, lodging, food |
| 10. | James Wilson Institute | 10/19/18 - 10/20/18 | Washington, DC | Attend Seminar | transportation, lodging, food |
| 11. | Federalist Society | 10/29/18 | Frankfort, KY | Attend Conference | conference fees, food |
| 12. | Federalist Society | 11/13/18 - 11/14/18 | New York, NY | Speaker | transportation, lodging, food |
| 13. | Federalist Society | 11/14/18 - 11/17/18 | Washington, DC | Speaker/Convention | transportation, lodging, food, convention fees |

| Name of Person Reporting | Date of Report |
|---|---|
| Bush, John K. | 09/09/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Fifth Third Bank | Line of Credit | K |
| 2. | Navient | Student Loans | L |
| 3. | University of Louisville | Tuition Agreement | J |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bush, John K. | 09/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA #1 | | | | | | | | | |
| 2. --Vanguard Explorer Fund | A | Int./Div. | J | T | | | | | |
| 3. --Wellington Fund Investment | A | Int./Div. | K | T | | | | | |
| 4. --Vanguard Total Bond Market Index Fund | A | Int./Div. | J | T | | | | | |
| 5. --Windsor Fund Amiliral | A | Int./Div. | L | T | | | | | |
| 6. IRA #2 | | | | | | | | | |
| 7. --Federated Kaufman Fund | A | Dividend | J | T | | | | | |
| 8. IRA #3 | | | | | | | | | |
| 9. --Allergen PLC Stock | A | Dividend | J | T | | | | | |
| 10. --Allergen PLC Stock | | | | | Buy | 05/24/18 | J | | |
| 11. --Allergen PLC Stock | | | | | Sold (part) | 09/19/18 | J | A | |
| 12. --Alphabet Stock | | None | J | T | | | | | |
| 13. --Alphabet Stock | | | | | Buy | 06/15/18 | J | | |
| 14. --Alphabet Stock | | | | | Buy | 11/09/18 | J | | |
| 15. --Apple Inc. Stock | A | Dividend | J | T | | | | | |
| 16. --Apple Inc. Stock | A | | | | Buy | 02/09/18 | J | | |
| 17. --Apple Inc. Stock | A | | | | Buy | 09/17/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal | R =Cost (Real Estate Only) | P4 =More than $50,000,000 S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bush, John K. | 09/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --Berkshire Hathaway Series B Stock | | None | J | T | | | | | |
| 19. --Berkshire Hathaway Series B Stock | | | | | Buy | 06/15/18 | J | | |
| 20. --Berkshire Hathaway Series B Stock | | | | | Buy | 09/19/18 | J | | |
| 21. --CVS Health Corp. Stock | A | Dividend | J | T | Sold (part) | 09/19/18 | J | A | |
| 22. --Cisco Systems Inc. Stock | A | Dividend | J | T | Sold (part) | 09/18/18 | J | A | |
| 23. --Expeditors Int'l Washington Stock | A | Dividend | J | T | | | | | |
| 24. --Expeditors Int'l Washington Stock | | | | | Buy | 08/15/18 | J | | |
| 25. --Expeditors Int'l Washington Stock | | | | | Sold (part) | 09/19/18 | J | A | |
| 26. --Exxon Mobil Corp. Stock | | | | | Buy | 02/09/18 | J | | |
| 27. --Exxon Mobil Corp. Stock | | | | | Sold | 05/24/18 | J | A | |
| 28. --Home Depot Inc. Stock | | | | | Buy | 02/09/18 | J | | |
| 29. --General Electric Stock | | | | | Buy | 05/24/18 | J | | |
| 30. --General Electric Stock | | | | | Sold | 11/09/18 | J | A | |
| 31. --Fastenal Co. Stock | A | Dividend | J | T | | | | | |
| 32. --Fastenal Co. Stock | | | | | Buy | 04/16/18 | J | | |
| 33. --Fastenal Co. Stock | | | | | Sold (part) | 09/19/18 | J | A | |
| 34. --Walt Disney Co. Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bush, John K. | 09/09/2019 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. --Walt Disney Co. Stock | | | | | Buy | 01/25/18 | K | | |
| 36. --Walt Disney Co. Stock | | | | | Sold (part) | 09/19/18 | J | A | |
| 37. --US Bancorp Stock | A | Dividend | J | T | | | | | |
| 38. --US Bancorp Stock | | | | | Buy | 03/15/18 | J | | |
| 39. --US Bancorp Stock | | | | | Sold (part) | 09/19/18 | J | A | |
| 40. --Union Pacific Corp. Stock | A | Dividend | J | T | | | | | |
| 41. --Union Pacific Corp. Stock | | | | | Buy | 02/09/18 | J | | |
| 42. --Union Pacific Corp. Stock | | | | | Sold (part) | 09/19/18 | J | A | |
| 43. --TJX Cos. Inc. Stock | A | Dividend | J | T | | | | | |
| 44. --TJX Cos. Inc. Stock | | | | | Buy | 04/16/18 | J | | |
| 45. --TJX Cos. Inc. Stock | | | | | Buy | 11/07/18 | J | | |
| 46. --Home Depot Stock | A | Dividend | J | T | Buy | 09/17/18 | J | | |
| 47. --Harley Davidson Stock | A | Dividend | J | T | | | | | |
| 48. --Harley Davidson Stock | | | | | Buy | 05/15/18 | J | | |
| 49. --Harley Davidson Stock | | | | | Sold (part) | 09/19/18 | J | A | |
| 50. --IBM Stock | A | Dividend | J | T | Buy | 03/15/18 | J | | |
| 51. --IBM Stock | | | | | Sold (part) | 09/19/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bush, John K. | 09/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --Johnson & Johnson Stock | A | Dividend | J | T | | | | | |
| 53. --Johnson & Johnson Stock | | | | | Buy | 04/16/18 | K | | |
| 54. --Johnson & Johnson Stock | | | | | Sold (part) | 09/19/18 | J | A | |
| 55. --JP Morgan & Co. Stock | A | Dividend | K | T | Buy | 02/09/18 | K | | |
| 56. --Wells Fargo & Co Stock | A | Dividend | K | T | | | | | |
| 57. --Wells Fargo & Co Stock | | | | | Buy | 01/25/18 | J | | |
| 58. --Wells Fargo & Co Stock | | | | | Sold (part) | 09/19/18 | J | A | |
| 59. --Microsoft Corp. Stock | A | Dividend | K | T | | | | | |
| 60. --Microsoft Corp. Stock | | | | | Buy | 08/15/18 | K | | |
| 61. --Microsoft Corp. Stock | | | | | Buy | 09/17/18 | J | | |
| 62. --Northern Trust Corp. Stock | A | Dividend | J | T | | | | | |
| 63. --Northern Trust Corp. Stock | | | | | Buy | 04/16/18 | J | | |
| 64. --Northern Trust Corp. Stock | | | | | Sold (part) | 09/19/18 | J | A | |
| 65. --Omnicom Group Stock | A | Dividend | J | T | Sold (part) | 09/19/18 | J | A | |
| 66. --O'Reilly Automotive Inc. Stock | | None | J | T | | | | | |
| 67. --O'Reilly Automotive Inc. Stock | | | | | Buy | 04/16/18 | J | | |
| 68. --O'Reilly Automotive Inc. Stock | | | | | Buy | 09/17/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bush, John K. | 09/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. --Pfizer Int'l Stock | A | Dividend | J | T | | | | | |
| 70. --Pfizer Int'l Stock | | | | | Buy | 05/15/18 | J | | |
| 71. --Pfizer Int'l Stock | | | | | Sold (part) | 09/19/18 | J | A | |
| 72. --Progressive Corp. Stock | A | Dividend | J | T | | | | | |
| 73. --Progressive Corp. Stock | | | | | Buy | 08/15/18 | K | | |
| 74. --Progressive Corp. Stock | | | | | Sold (part) | 09/19/18 | J | A | |
| 75. --TE Connectivity Ltd. Stock | A | Dividend | J | T | | | | | |
| 76. --TE Connectivity Ltd. Stock | | | | T | Buy | 08/15/18 | J | | |
| 77. --TE Connectivity Ltd. Stock | | | | T | Sold (part) | 09/19/18 | J | A | |
| 78. --Virtus Vontobe/Emerging Markets Opportunities Fund | A | Int./Div. | J | T | | | | | |
| 79. --US Bankcorp Medium Term Note | A | Interest | J | T | | | | | |
| 80. --Omnicom Group stock | A | Dividend | J | T | | | | | |
| 81. --Northern Trust Corp. Senior Unsecured CPN | A | Interest | K | T | | | | | |
| 82. --JPMorgan Chase & Co. Unsecured Callable CPN | A | Interest | K | T | | | | | |
| 83. --Berkshire Hathaway Inc. Sr. Unsecured CPN | A | Interest | J | T | | | | | |
| 84. --Apple Inc. Sr. Unsecured CPN | A | Interest | K | T | | | | | |
| 85. --AT&T Inc. Sr. Unsecured CPN | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bush, John K. | 09/09/2019 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. --TJX Cos. Inc. Sr. Unsecured Callable CPN | A | Interest | J | T | | | | | |
| 87. --Pfizer Inc. Sr. Unsecured CPN | A | Interest | J | T | | | | | |
| 88. --O'Reilly Automotive Inc. Sr. Unsecured NT CPN | A | Interest | J | T | | | | | |
| 89. --Home Depot Inc. Sr. Unsecured Callable CPN | A | Interest | J | T | | | | | |
| 90. --Federal Home Loan Bank Bonds Callable CPN | A | Interest | K | T | | | | | |
| 91. --CVS Caremark Corp. Sr. Unsecured Callable CPN | A | Interest | J | T | | | | | |
| 92. --Microsoft Corp. Senior Notes CPN | A | Interest | K | T | | | | | |
| 93. --General Electric Capital Corp. Sr. Unsecured CPN | | None | K | T | | | | | |
| 94. --General Electric Capital Corp. Sr. Unsecured CPN | | | | | Sold (part) | 12/13/18 | J | A | |
| 95. --John Deere Capital Corp. Medium Term Note CPN | A | Interest | J | T | | | | | |
| 96. --Alphabet Inc. Sr. Unsecured CPN | A | Interest | K | T | | | | | |
| 97. --Union Pacific Corp. Sr. Unsecured CPN | A | Interest | J | T | Buy | 12/03/18 | J | | |
| 98. --Wells Fargo Bank, N.A. | A | Interest | K | T | | | | | |
| 99. --Janus Henderson Funds Small Cap Value Fund | A | Int./Div. | K | T | | | | | |
| 100. --Janus Henderson Funds Small Cap Value Fund | | | | | Buy | 05/15/18 | J | | |
| 101. --Janus Henderson Funds Small Cap Value Fund | | | | | Buy | 06/15/18 | J | | |
| 102. --Janus Henderson Funds Small Cap Value Fund | | | | | Buy | 07/18/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bush, John K. | 09/09/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. --Janus Henderson Funds Small Cap Value Fund | | | | | Buy | 09/17/18 | J | | |
| 104. --Oakmark Int'l Fund Advisor | A | Int./Div. | K | T | | | | | |
| 105. --Oakmark Int'l Fund Advisor | | | | | Buy | 01/25/18 | J | | |
| 106. --Oakmark Int'l Fund Advisor | | | | | Buy | 03/15/18 | J | | |
| 107. --Oakmark Int'l Fund Advisor | | | | | Buy | 05/15/18 | J | | |
| 108. --Oakmark Int'l Fund Advisor | | | | | Buy | 06/15/18 | J | | |
| 109. --Oakmark Int'l Fund Advisor | | | | | Buy | 07/18/18 | J | | |
| 110. --Oakmark Int'l Fund Advisor | | | | | Buy | 09/18/18 | J | | |
| 111. --Artison Int'l Fund | A | Int./Div. | K | T | | | | | |
| 112. --Artison Int'l Fund | | | | | Buy | 01/25/18 | J | | |
| 113. --Artison Int'l Fund | | | | | Buy | 03/15/18 | J | | |
| 114. --Artison Int'l Fund | | | | | Buy | 05/15/18 | J | | |
| 115. --Artison Int'l Fund | | | | | Buy | 06/15/18 | J | | |
| 116. --Artison Int'l Fund | | | | | Buy | 07/18/18 | J | | |
| 117. --Artison Int'l Fund | | | | | Buy | 09/17/18 | J | | |
| 118. --Artison Int'l Fund | | | | | Buy | 11/21/18 | J | | |
| 119. --Virtus Vontobel Emerging Mkts | A | Int./Div. | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bush, John K. | 09/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  --Virtus Vontobel Emerging Mkts | | | | | Buy | 03/15/18 | J | | |
| 121.  --Virtus Vontobel Emerging Mkts | | | | | Buy | 05/15/18 | J | | |
| 122.  --Virtus Vontobel Emerging Mkts | | | | | Buy | 06/15/18 | J | | |
| 123.  --Virtus Vontobel Emerging Mkts | | | | | Buy | 07/18/18 | J | | |
| 124.  --Virtus Vontobel Emerging Mkts | | | | | Buy | 09/17/18 | J | | |
| 125.  Massachusetts Mutual (whole life) | A | Dividend | J | T | | | | | |
| 126.  Northwestern Mutual (whole life) | A | Dividend | J | T | | | | | |
| 127.  Amazon Stock (Y) | | | | | | | | | |
| 128.  Jet Blue Stock (Y) | | | | | | | | | |
| 129.  Southwest Airlines Stock (Y) | | | | | | | | | |
| 130.  Delta Airlines Inc.Stock (Y) | | | | | | | | | |
| 131.  Alaska Air Stock (Y) | | | | | | | | | |
| 132.  Allegiant Stock (Y) | | | | | | | | | |
| 133.  Boeing Stock (Y) | | | | | | | | | |
| 134.  LKCM Balanced Fund (Y) | | | | | | | | | |
| 135.  Schwab S&P 500 Index Fund (Y) | | | | | | | | | |
| 136.  Fifth Third Bank | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bush, John K. | 09/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Commonwealth Bank & Trust | A | Interest | J | T | | | | | |
| 138. PNC Bank | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bush, John K. | 09/09/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **John K. Bush**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544